# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED AUGUST 29, 2025

### NO. 03-23-00488-CV

**Los Arboles Tulum, L.P. and Greg Schnurr, Appellants**

**v.**

**Matula Family, L.P., Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES KELLY, CRUMP, AND ELLIS
AFFIRMED -- OPINION BY JUSTICE ELLIS;
DISSENTING OPINION BY JUSTICE CRUMP**

This is an appeal from the judgment signed by the trial court on May 15, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.